ACCEPTED
03-13-00707-CR
3594944
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 7:49:30 AM
JEFFREY D. KYLE
CLERK

# John G. Jasuta

**Attorney at Law**
**Post Office Box 783**
**Austin, Texas 78767-0783**
**Off. Tel. 512-474-4747**
**Fax: 512-532-6282**

**lawyer1@johnjasuta.com**

**www.texasappeallawyers.com**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

12/29/2014 7:49:30 AM

JEFFREY D. KYLE
Clerk

**To**: Hon. Jeffrey D. Kyle
**Date**: December 29, 2014
**Subject**: *Felder v. State*; No. 03-13-00707-CR

Dear Mr. Kyle:

I have obtained a copy of the Court's opinion in the above captioned case, delivered on December 19, 2014. I have forwarded a copy to Mr. Felder with a note advising him, as required by Rule 48.4, Tex.R.App.Pro., and it has been received. A copy of the shipping label and delivery information are attached. I have, therefore, complied with the requirements of Rule 48.

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 85 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on December 29, 2014, a true and correct copy of the above and foregoing memo was transmitted via the eService function on the State's eFiling portal, to Brian Erskine (brian.erskine@co.hays.bc.us), counsel of record for the State of Texas.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282

State Bar No. 10592300

Attorney for Bruce Vincent Felder



**$5.05**
US POSTAGE    PRIORITY MAIL
COMMERCIAL BASE PRICING

062S0005968630
FROM 78701



stamps.com

12/23/2014

# PRIORITY MAIL 1-DAY™



The Law Office of John G. Jasuta
Post Office Box 783
Austin, Texas 78767-0783
512-474-4747
www.johnjasuta.com

**0005**

**R001**

**SHIP TO:**

Bruce Felder
1550 Rocky Road
Uhland TX 78640-5580

## USPS TRACKING #



**9405 5118 9956 1889 8578 91**

# USPS Tracking™

**Tracking Number: 9405511899561889857891**

**On Time**
**Expected Delivery Day: Wednesday, December 24, 2014** ⓘ


DELIVERED

## Product & Tracking Information

**Postal Product:**
Priority Mail 1-Day™

**Features:**
USPS Tracking™

Up to $50 insurance included
Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 24, 2014 , 10:04 am | Delivered, In/At Mailbox | KYLE, TX 78640 |

Your item was delivered in or at the mailbox at 10:04 am on December 24, 2014 in KYLE, TX 78640.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 24, 2014 , 8:35 am | Out for Delivery | KYLE, TX 78640 |
| December 24, 2014 , 8:25 am | Sorting Complete | KYLE, TX 78640 |
| December 24, 2014 , 6:52 am | Arrived at Post Office | KYLE, TX 78640 |
| December 24, 2014 , 5:16 am | Departed USPS Facility | AUSTIN, TX 78710 |
| December 23, 2014 , 11:58 pm | Arrived at USPS Origin Facility | AUSTIN, TX 78710 |
| December 23, 2014 , 10:43 pm | Accepted at USPS Origin Sort Facility | AUSTIN, TX 78701 |
| December 23, 2014 | Pre-Shipment Info Sent to USPS | |